JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA SCHER,                                          Case No. CV 10-00157-RGK (VBKx)

             Plaintiff(s),

    VS.                                                ORDER DISMISSING ACTION FOR
                                                       LACK OF PROSECUTION

WELLS FARGO BANK NORTH
AMERICA, et al.,

             Defendant(s).

       On September 24, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution as to defendant Matilla Realty, Inc. Plaintiff was ordered to respond in writing on or before October 5, 2010. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

       **IT IS SO ORDERED.**

Dated: October 21, 2010

                                              R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE